

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 16 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER |
| PLAINTIFF | SA15-527M |
| v. | |
| Jose Santiago Sanchez Martinez | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing
is set for _Wednesday  Oct. 21_ , _2015_ , at _2:00_ ☐a.m. / ☒p.m. before the
Honorable _Gandhi_ , in Courtroom _6A_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____n/a_____ and produced for the hearing.
*(Other custodial officer)*

Dated: _10/16/15_      _KAREN E. SCOTT_
                        U.S. District Judge/Magistrate Judge