UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | SACR 15-00141-CJC |
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| JOSE SANTIAGO SANCHEZ MARTINEZ, | |
| Defendant. | |

The Defendant's motion for review of the Magistrate Judge's detention order and for release is **DENIED**.  The Court finds that no condition or combination of conditions will reasonably assure the appearance of Defendant as required and the safety of the community.  The Court has considered (i) the nature and circumstances of the immigration offense charged; (ii) the weight of the evidence against Defendant; (iii) the history and characteristics of Defendant; and (iv) the nature and seriousness of the danger to the community.

//

//

As to flight risk, Defendant does not have legal status to reside in the United States and has repeatedly violated our country's laws.  His criminal history involves gang activity, discharging a firearm, possessing or selling a switchblade/knife, drug sales to gang members, drug trafficking from Mexico into the United States, driving under the influence and driving with a suspended license.  If convicted of the charged offense, he eventually will be deported and separated from his ailing wife, his children and his elderly parents.  His more recent criminal history involves arrests from warrants and, most troubling, a failure to appear in connection with a driving under the influence offense in Riverside County.  His repeated disregard for the law and court orders makes it highly unlikely that he will appear as required at court proceedings.

As to danger, Defendant has a very troubling criminal history involving drugs, firearms, gang activity, driving under the influence and driving on a suspended license.  He poses a clear danger to the community and there is a significant risk that he will commit further crimes if released on bond.

IT IS THEREFORE ORDERED that Defendant be detained prior to trial.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

IT IS FURTHER ORDERED that Defendant be afforded reasonable opportunity for private consultation with counsel.

IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which Defendant is confined deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

Dated: February 22, 2016

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

3